FILED
JAMES J. VILT, JR. - CLERK

SEP 21 2022

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA

v.

**JALEN WILSON**
**LAMARCUS MCALMONT**
**BRANDON CHRISTIAN**
**ANTONIO BLACK, JR.**

INDICTMENT

NO.: 3:22-CR-113-DJH
18 U.S.C. § 2
18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(8)
18 U.S.C. § 924(d)
18 U.S.C. § 924(e)(1)
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)
21 U.S.C. § 841(b)(1)(B)
21 U.S.C. § 846
21 U.S.C. § 853
28 U.S.C. § 2461

The Grand Jury charges:

## COUNT 1
*(Conspiracy to Possess with Intent to Distribute Controlled Substances)*

Beginning on or about June 9, 2022, and continuing to on or about July 24, 2022, in the Western District of Kentucky, Jefferson County, Kentucky, and elsewhere, the defendants, **JALEN WILSON, LAMARCUS MCALMONT, ANTONIO BLACK, JR.,** and **BRANDON CHRISTIAN**, knowingly and intentionally conspired with each other and others, known and unknown to the Grand Jury, to possess with intent to distribute controlled substances, to include 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, and 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl," Schedule II controlled substances as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 846 and 841(a)(1), (b)(1)(A), and (b)(1)(B).

The Grand Jury further charges:

## COUNT 2
*(Distribution of Fentanyl)*

On or about June 10, 2022, in the Western District of Kentucky, Jefferson County, Kentucky, the defendants, **JALEN WILSON** and **LAMARCUS MCALMONT**, aided and abetted by each other and others known and unknown to the Grand Jury, knowingly and intentionally distributed 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl," a Schedule II controlled substance as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B), and Title 18, United States Code, Section 2.

The Grand Jury further charges:

## COUNT 3
*(Distribution of Methamphetamine)*

On or about June 15, 2022, in the Western District of Kentucky, Jefferson County, Kentucky, the defendants, **JALEN WILSON** and **LAMARCUS MCALMONT**, aided and abetted by each other and others known and unknown to the Grand Jury, knowingly and

intentionally distributed 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A), and Title 18, United States Code, Section 2.

The Grand Jury further charges:

## COUNT 4
### (Distribution of Methamphetamine)

On or about July 7, 2022, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **JALEN WILSON**, aided and abetted by others known and unknown to the Grand Jury, knowingly and intentionally distributed 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B), and Title 18, United States Code, Section 2.

The Grand Jury further charges:

## COUNT 5
### (Distribution of Methamphetamine)

On or about July 19, 2022, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **BRANDON CHRISTIAN**, knowingly and intentionally distributed 500

grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

The Grand Jury further charges:

## COUNT 6
*(Distribution of Methamphetamine)*

On or about July 19, 2022, in the Western District of Kentucky, Jefferson County, Kentucky, the defendants, **JALEN WILSON** and **ANTONIO BLACK, JR.**, aided and abetted by each other and others known and unknown to the Grand Jury, knowingly and intentionally distributed 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A), and Title 18, United States Code, Section 2.

The Grand Jury further charges:

## COUNT 7
*(Possession of a Firearm by a Convicted Felon)*

On or about July 24, 2022, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **LAMARCUS MCALMONT**, knowingly possessed, in and affecting commerce, an AR57, Model AR15, 556 caliber pistol, bearing serial number 21353; a Spike's Tactical, Model ST15, 300 caliber rifle, bearing serial number LT001862; and ammunition, with

knowledge that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit:

> On or about March 23, 2015, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 13-CR-2345, **LAMARCUS MCALMONT**, was convicted of the offenses of Complicity to Receiving Stolen Property (Firearm) and Complicity to Tampering with Physical Evidence;

> On or about February 26, 2015, in Warren Circuit Court, Warren County, Kentucky, in Case Number 13-CR-0555, **LAMARCUS MCALMONT**, was convicted of the offenses of Robbery in the Second Degree and Wanton Endangerment in the First Degree;

> On or about February 26, 2015, in Warren Circuit Court, Warren County, Kentucky, in Case Number 13-CR-0545, **LAMARCUS MCALMONT**, was convicted of the offenses of Wanton Endangerment in the First Degree (10 counts), and Robbery in the Second Degree (8 counts).

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(8), and 924(e)(1).

## NOTICE OF FORFEITURE

As a result of committing offenses in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1) and 846, as specifically charged Counts 1 through 6 of this Indictment, felonies punishable by imprisonment for more than one year, the defendants, **JALEN WILSON, LAMARCUS MCALMONT, ANTONIO BLACK, JR.,** and **BRANDON CHRISTIAN**, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations (including but not limited to all firearms and ammunition).

As a result of committing an offense in violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(8), and 924(e)(1), as specifically charged in Count 7 of this Indictment, the defendant, **LAMARCUS MCALMONT**, shall forfeit to the United States, pursuant to Title 18,

United States Code, Section 924(d), and Title 28, United States Code, Section 2461, all firearms, magazines, and ammunition involved in the commission of said offenses, including but not limited to an AR57, Model AR15, 556 caliber pistol, bearing serial number 21353; a Spike's Tactical, Model ST15, 300 caliber rifle, bearing serial number LT001862; and ammunition.

A TRUE BILL.

Redacted

_Laura S. Hall for_
MICHAEL A. BENNETT
UNITED STATES ATTORNEY

MAB:APG:09/21/2022

**UNITED STATES OF AMERICA v. JALEN WILSON, et al.**

## PENALTIES

Count 1:  NL 10 yrs./NM life/$10,000,000/both/NL 5yrs. Supervised Release (methamphetamine)
         (NL 15 yrs./NM Life/$20,000,000/both/NL 10 yrs./NM Life Supervised Release with notice of one prior conviction)
         NL 5 yrs./NM 40 yrs./$5,000,000/both/NL 4yrs. Supervised Release (fentanyl)
         (NL 10 yrs./NM Life/$8,000,000/both/NL 8 yrs./NM Life Supervised Release with notice of one prior conviction)
Counts 2 & 4:  NL 5 yrs./NM 40 yrs./$5,000,000/both/NL 4yrs. Supervised Release
         (NL 10 yrs./NM Life/$8,000,000/both/NL 8 yrs./NM Life Supervised Release with notice of one prior conviction)
Count 3, 5 & 6:  NL 10 yrs./NM life/$10,000,000/both/NL 5yrs. Supervised Release
         (NL 15 yrs./NM Life/$20,000,000/both/NL 10 yrs./NM Life Supervised Release with notice of one prior conviction)
Count 7:  NM 15 yrs./$250,000/both/NM 3 yrs. Supervised Release
         (NL 15 years/$250,000/both/NM 3 yrs. Supervised Release with three qualifying convictions under 18 U.S.C.
         § 924(e)(1))
Forfeiture

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

### SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual | Felony: | $100 per count/individual |
| | $125 per count/other | | $400 per count/other |

### FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following:**

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

   <u>For offenses occurring after December 12, 1987:</u>

   No **INTEREST** will accrue on fines under $2,500.00.

   **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

   **PENALTIES** of:

   10% of fine balance if payment more than 30 days late.

   15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

   If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

| | |
|---|---|
| LOUISVILLE: | Clerk, U.S. District Court<br>106 Gene Snyder U.S. Courthouse<br>601 West Broadway<br>Louisville, KY 40202<br>502/625-3500 |
| BOWLING GREEN: | Clerk, U.S. District Court<br>120 Federal Building<br>241 East Main Street<br>Bowling Green, KY 42101<br>270/393-2500 |
| OWENSBORO: | Clerk, U.S. District Court<br>126 Federal Building<br>423 Frederica<br>Owensboro, KY 42301<br>270/689-4400 |
| PADUCAH: | Clerk, U.S. District Court<br>127 Federal Building<br>501 Broadway<br>Paducah, KY 42001<br>270/415-6400 |

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.