# United States District Court
# Western District of Kentucky
# at Louisville

**UNITED STATES OF AMERICA**                                            **PLAINTIFF**

**VS.**                              **CRIMINAL ACTION NUMBER: 3:22-CR-113 -DJH**

**BRANDON CHRISTIAN**                                               **DEFENDANT**

## ORDER ON DETENTION HEARING

The above-styled case came before the Honorable Regina S. Edwards, United States Magistrate Judge, by video, on October 18, 2022 to conduct a detention hearing.

<u>APPEARANCES</u>

| | |
|---|---|
| For the United States: | Alicia P. Gomez, Assistant United States Attorney |
| For the defendant: | Defendant Brandon Christian - Present and in custody<br>Patrick J. Renn, appointed – Present |
| Court Reporter: | Digitally recorded |

The Court having heard arguments from counsel as to the matter of detention and for the reasons fully stated on the record,

**IT IS HEREBY ORDERED** that the defendant is detained and shall remain in the custody of the United States Marshal pending the further order of the Court.

This 18th day of October, 2022      **ENTERED BY ORDER OF THE COURT:**
**REGINA S. EDWARDS**
**UNITED STATES MAGISTRATE JUDGE**
**JAMES J. VILT, JR., CLERK**
**BY: s/** *Ashley Henry* **- Deputy Clerk**

Copies: U.S. Attorney
       U.S. Probation
       Counsel for Defendant

0|45