

**FILED**
JAMES J. VILT, JR. - CLERK
OCT 21 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                               PLAINTIFF

v.                                                    CASE NO. 3:22-CR-00113-DJH

BRANDON CHRISTIAN                                                     DEFENDANT

## APPEARANCE OF COUNSEL

Comes now Patrick J. Renn and enters his appearance herein as counsel for the Defendant, Brandon Christian.

Respectfully Submitted,

Patrick J. Renn
600 West Main Street, Suite 100
Louisville, Kentucky 40202
(502) 540-5700
(502) 568-3600 (fax)
prenn@600westmain.com

## CERTIFICATE OF SERVICE

It is hereby certified that a true and accurate copy of the foregoing was mailed, first class mail, postage prepaid, on this the 21st day of October, 2022, to the United States Attorney's Office, 717 W Broadway, Louisville, KY 40202.

Patrick J. Renn
600 West Main Street, Suite 100
Louisville, Kentucky 40202
(502) 540-5700
(502) 568-3600 (fax)
prenn@600westmain.com