**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

**UNITED STATES OF AMERICA**                                                              **PLAINTIFF**

**v.**                                                                       **CASE NO. 3:22-CR-00113-DJH**

**BRANDON CHRISTIAN**                                                                   **DEFENDANT**

**MOTION FOR FURLOUGH TO ATTEND**
**VISITATION AND/OR FUNERAL**

** ** ** ** ** ** **

Comes the Defendant, **BRANDON CHRISTIAN** (hereinafter "Christian"), by counsel, and respectfully moves the Court to grant him a furlough from the Oldham County Detention Center to attend his paternal grandfather's, Norris Christian, visitation and/or funeral service.. The visitation is scheduled for Saturday, March 11, 2023 at 10:00 a.m. at Antioch Baptist Church located at 3315 Dixie Highway, Louisville, Kentucky with the funeral to follow at 12:00 p.m. Christian requests to be released at 9:00 a.m. on March 11, 2023 and will return at 3:00 p.m. the same day. Christian requests this furlough, whether supervised or not, to allow him to say goodbye to his paternal grandfather, Norris Christian. Christian's father, Anthony Christian, of Louisville, Kentucky, is willing to pick Christian up from the Oldham County Detention Center and take him to the visitation and funeral and then return him to the Detention Center.

In the alternative, allow a Zoom conference to be scheduled so Christian may participate by video conference.

WHEREFORE,, Christian respectfully moves the Court to grant him a furlough from the Oldham County Detention Center to attend his paternal grandfather's, Norris Christian, visitation and funeral.

          Respectfully Submitted,

          /s/ Patrick J. Renn
          Patrick J. Renn
          600 West Main Street, Suite 100
          Louisville, Kentucky 40202
          (502) 540-5700
          IND. BAR # 15822-10
          ***Counsel for Defendant***

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 9, 2023, I electronically filed with the Clerk of the Court by using the CM/ECF system, which will serve notice of electronic filing to all attorneys of record.

          /s/ Patrick J. Renn
          Counsel for Defendant
          600 West Main Street, Suite 100
          Louisville, Kentucky 40202
          (502) 540-5700
          (502) 568-3600 (fax)
          prenn@600westmain.com