## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

**UNITED STATES OF AMERICA**                                                       **PLAINTIFF**

**v.**                                       **CASE NO. <u>3:22-CR-00113-DJH</u>**

**BRANDON CHRISTIAN**                                                    **DEFENDANT**

### ORDER

Upon motion of the Defendant, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that the Defendant's motion for furlough to attend his paternal grandfather's visitation and/or funeral be, and hereby is, **GRANTED**.

**IT IS FURTHER HEREBY ORDERED** that the Defendant shall be released from the Oldham County Detention Center on March 11, 2023 from _____ ___.m. to _____ ___.m.

**IT IS FURTHER HEREBY ORDERED** that _____ _____, shall transport the Defendant from the Oldham County Detention Center to Antioch Baptist Church located at 3315 Dixie Highway, Louisville, Kentucky and back to the Oldham County Detention Center.