**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

**UNITED STATES OF AMERICA**                                              **PLAINTIFF**

**v.**                           **CASE NO. <u>3:22-CR-00113-DJH</u>**

**BRANDON CHRISTIAN**                                                   **DEFENDANT**

## <u>ORDER</u>

Upon motion of the Defendant, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that the Defendant's motion for furlough to attend his paternal grandfather's visitation and/or funeral by Zoom video conference be, and hereby is, **GRANTED**.

**IT IS FURTHER HEREBY ORDERED** that the Oldham County Detention Center shall set up a Zoom video conference with _____ so that the Defendant is able to participate by video conference.