# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION
# CRIMINAL ACTION NO. 3:22-CR-00113-DJH-CHL

**UNITED STATES,**                                                                                                                      **Plaintiff,**

v.

**BRANDON CHRISTIAN,**                                                                                 **Defendant.**

## ORDER

       Before the Court is the Motion for Furlough filed by Defendant Brandon Christian. (DN 40.) Defendant requests that he be temporarily released from custody to attend his grandfather's visitation and funeral on Saturday, March 11, 2023 at 10:00 AM with the funeral to follow at 12:00 PM at Antioch Baptist Church located at 3315 Dixie Highway, Louisville, Kentucky. The United States opposes the motion.

       The Court will grant Defendant's request to attend the visitation and funeral provided that Defendant is supervised by his father, Anthony Christian. Anthony Christian shall act as Defendant's custodian throughout the duration of the furlough and shall be responsible Defendant's return to Oldham County Detention Center. Defendant shall be released at 9:00AM on March 11, 2023 into the custody of Anthony Christian and return to Oldham County Detention Center before 3:00 PM on the same day.

       Accordingly,

       IT IS HEREBY ORDERED that Defendant's Motion for Furlough (DN 40) is **GRANTED**.

March 10, 2023

Colin H Lindsay, Magistrate Judge
United States District Court

cc: Counsel of record, USMS