UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                                 Plaintiff,

v.                                                                                        Criminal Action No. 3:22-cr-113-DJH

LAMARCUS MCALMONT (2),
BRANDON CHRISTIAN (3), and
ANTONIO BLACK (4),                                                                        Defendants.

* * * * *

## MEMORANDUM OF CONFERENCE AND ORDER

A telephonic status conference was held in this matter on June 16, 2023, with the following counsel participating:

For the United States:    Alicia P. Gomez

For Defendants:           Donald J. Meier (2)

                          Patrick J. Renn (3)

                          Jonathan M. Hodge (4)

The Court and counsel discussed the procedural posture of the case. The United States reported that discovery is ongoing. Based on the discussion during the conference, and by agreement of the parties, it is hereby

**ORDERED** that this matter is **SET** for a status hearing on **July 12, 2023, at 11:30 a.m.** at the U.S. Courthouse in Louisville, Kentucky. The Court anticipates setting a final pretrial conference at that time.

June 16, 2023

David J. Hale, Judge
United States District Court

Court Time: 00/10
Court Reporter: Terri Turner

1