UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA, Plaintiff,

v. Criminal Action No. 3:22-cr-113-DJH

LAMARCUS MCALMONT (2),
BRANDON CHRISTIAN (3),
ANTONIO BLACK, JR. (4), Defendants.

\* \* \* \* \*

**MEMORANDUM OF HEARING AND ORDER**

A status hearing was held in this matter on July 12, 2023, with the following counsel participating:

| | |
|---|---|
| For the United States: | Frank Dahl (standing in for Alicia P. Gomez) |
| For Defendants: | Aaron Dyke (2) (standing in for Donald J. Meier) |
| | Patrick J. Renn (3) |

Defendants Lamarcus McAlmont (2) and Brandon Christian (3) were present. Neither Defendant Antonio Black, Jr. (4) nor his counsel were present. The Court and counsel discussed the procedural posture of the case. Based on the discussion during the hearing, and by agreement of the parties, it is hereby

**ORDERED** as follows:

(1) This matter is **SET** for a change-of-plea hearing as to Defendant McAlmont (2) on **August 24, 2023, at 10:30 a.m.** at the U.S. Courthouse in Louisville, Kentucky.

(2) Pursuant to 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(ii), and (h)(7)(B)(iv), the Court finds that **the period of delay from July 12, 2023, to August 24, 2023, is excludable in computing the time within which the trial of Defendant McAlmont (3) must commence under the Speedy Trial Act**. The Court further finds that the ends of justice served

1

by this delay outweigh the best interests of the public and the defendant in a speedy trial because failure to allow it would deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* § 3161(h)(7)(B)(iv); *Zedner v. United States*, 547 U.S. 489 (2006). This delay is not "because of general congestion of the court's calendar, or lack of diligent preparation or failure to obtain available witnesses on the part of the attorney for the Government." § 3161(h)(7)(C).

(3) This matter is **SET** for a final pretrial conference as to Defendants Christian (3) and Black (4) on **August 31, 2023, at 9:30 a.m.** at the U.S. Courthouse in Louisville, Kentucky.

July 12, 2023

David J. Hale, Judge
United States District Court

Court Time: 00/05
Court Reporter: Dena Legg

cc:   Jury Administrator