UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                                 Plaintiff,

v.                                                                  Criminal Action No. 3:22-CR-113-DJH

LAMARCUS MCALMONT                                                                         Defendants.
BRANDON CHRISTIAN
ANTONIO BLACK, JR.

\* \* \* \* \*

### ORDER FOLLOWING ARRAIGNMENT

Proceedings were held, by video, on August 2, 2023, for the purpose of arraignment. Defendant Lamarcus McAlmont was present, in custody, with Donald J. Meier, Assistant Federal Defender. Defendant Brandon Christian was present, in custody, with Patrick J. Renn, retained counsel. Defendant Antonio Black, Jr. was present, on bond, with Jonathan M. Hodge, appointed counsel. Assistant United States Attorney Alicia P. Gomez was present for the United States of America. The proceeding was digitally recorded.

As to the matter of arraignment, Defendants, by counsel, acknowledged their identity. They further acknowledged having been furnished a copy of the Superseding Indictment and advised of the nature of the charges contained therein.

Counsel, on behalf of Defendants, waived formal reading of the Superseding Indictment and entered pleas of **NOT GUILTY** to the charges contained therein. The Court orally reminded the United States of its prosecutorial obligation under *Brady v. Maryland*, 373 U.S. 83 (1963), and the consequences of violating the same.

It is hereby **ORDERED** that this matter shall remain on the Court's docket as previously scheduled for a change of plea hearing on August 24, 2023 at 10:30 a.m. as to Defendant

McAlmont and a jury trial on September 11, 2023 at 9:30 a.m. as to Defendants Christian and Black.

It is further **ORDERED** that Defendant Black shall remain under the terms and conditions of his current bond and Defendants McAlmont and Christian shall be remanded to the custody of the United States Marshal pending further order of the Court.

| | |
|---|---|
| Date: August 2, 2023 | ENTERED BY ORDER OF THE COURT:<br>REGINA S. EDWARDS<br>UNITED STATES MAGISTRATE JUDGE<br>JAMES J. VILT, JR., CLERK<br>BY: /s/ *Ashley Henry*, Deputy Clerk |

Copies to:   Counsel of record
             U.S. Probation

0|10