UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Plaintiff, |
| v. | Criminal Action No. 3:22-cr-113-DJH |
| BRANDON CHRISTIAN (3), | Defendant. |

\* \* \* \* \*

## ORDER

Defendant Brandon Christian (3) filed a pro se motion seeking reconsideration of Magistrate Judge Regina S. Edward's Order of Detention Pending Trial. (Docket No. 62 (seeking reconsideration of D.N. 24))  Christian is currently represented, and such a pro se motion by a represented party is improper. *See, e.g., United States v. Cromer*, 389 F.3d 662, 681 n. 12 (6th Cir. 2004) (citing *United States v. Mosely*, 810 F.2d 93, 97-98 (6th Cir. 1987)) ("It is well settled that there is no constitutional right to hybrid representation."); *United States v. Lowdermilk*, 425 F. App'x 500, 504 (6th Cir. 2011) (finding that defendant is not entitled to represent himself while simultaneously represented by counsel). Accordingly, it is hereby

**ORDERED** that the motion for reconsideration (D.N. 62) is **DENIED** without prejudice, and the Clerk of Court is directed to **STRIKE** the motion from the record of this matter. *Counsel* for Defendant Christian (3) may file a motion addressing the same or similar topics if he determines that such a motion is warranted.

August 8, 2023

David J. Hale, Judge
United States District Court

1