UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                 PLAINTIFF

v.                                                           CRIMINAL ACTION NO. 3:22-CR-113-DJH

BRANDON CHRISTIAN                                                                       DEFENDANTS
ANTONIO BLACK, JR.

**MOTION FOR EXTENSION OF TIME TO COMPLY WITH THE COURT'S ORDER**
*-- Filed Electronically --*

Comes the United States, by counsel, and moves the Court for an extension of time to comply with the Court's Pre-Trial Order (DN 32, Memorandum of Conference and Order). As grounds for the motion, undersigned counsel states that the parties are finalizing details on plea agreements for the defendants in this case and undersigned counsel does not anticipate this case proceeding to trial on the currently calendared September 11, 2023 trial date.

Wherefore, undersigned counsel respectfully requests that the Court enter an order granting the parties an extension of time in which to comply with the Court's Order in the above-styled case.

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney

*s/ Alicia P. Gomez*
Alicia P. Gomez
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
(502) 582-6326
(502) 582-5067 (fax)

## **CERTIFICATE OF SERVICE**

On August 14, 2023, I electronically filed this document through the ECF system, which will send a notice of electronic filing to all Counsel of record.

*s/ Alicia P. Gomez*
Assistant United States Attorney