UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                                                                     CRIMINAL ACTION NO. 3:22-CR-113-DJH

BRANDON CHRISTIAN                                                                      DEFENDANTS
ANTONIO BLACK, JR.

## ORDER

Upon consideration of the United States' Motion for an Extension of Time to Comply with this Court's Order and the Court being sufficiently advised, the Motion is GRANTED. The parties shall comply with the Court's Order by close of business on _____.