UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Plaintiff, |
| v. | Criminal Action No. 3:22-cr-113-DJH |
| BRANDON CHRISTIAN (3) and ANTONIO BLACK, JR. (4), | Defendants. |

\* \* \* \* \*

## MEMORANDUM OF CONFERENCE AND ORDER

A telephonic status conference was held in this matter on August 15, 2023, with the following counsel participating:

| | |
|---|---|
| For the United States: | Alicia P. Gomez |
| For Defendants: | Patrick J. Renn |
| | Johnathan Hodge |

The Court and counsel discussed the procedural posture of the case. Based on the discussion during the conference, and by agreement of the parties, it is hereby

**ORDERED** as follows:

(1) The trial of this matter, currently set for September 11, 2023, is **REMANDED** from the Court's docket. All pretrial dates and deadlines are **VACATED**. The government's motion for an extension of time (Docket No. 73) is **DENIED** as moot.

(2) This matter is **SET** for a change-of-plea hearing as to Defendant Brandon Christian (3) on **August 31, 2023, at 9:30 a.m.** at the U.S. Courthouse in Louisville, Kentucky.

(3) This matter is **SET** for a change-of-plea hearing as to Defendant Antonio Black (4) on **August 31, 2023, at 1:30 p.m.** at the U.S. Courthouse in Louisville, Kentucky.

August 15, 2023

David J. Hale, Judge
United States District Court

Court Time: 00/05
Court Reporter: Dena Legg

cc: Jury Administrator

1